

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2021

No. 04-21-00311-CV

**IN THE INTEREST OF T.A.G., J.I.R.G., C.M.R.A., AND G.A. JR., MINOR CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01608
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On August 9, 2021, we issued an order noting the clerk's record did not contain an order terminating appellant's parental rights. Later that day, the district clerk filed a supplemental clerk's record showing the trial court signed a final order of termination on July 1, 2021. Because this is an accelerated appeal, appellant's notice of appeal was due by July 21, 2021. A motion for extension of time to file the notice of appeal was due by August 5, 2021. Appellant filed her notice of appeal on July 27, 2021—within the time allowed for filing a motion for extension of time to file the notice of appeal.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id*.

Because the notice of appeal was untimely filed but within the fifteen-day grace period, we **ORDER** appellant to file a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner **by August 20, 2021**. If appellant fails to respond within the time provided, the appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2021.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court